**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Reuter,<br><br>          Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>          Defendants. | No. CV-20-00456-TUC-JGZ (EJM)<br><br>**ORDER** |

Pending before the Court is a Report by United States Magistrate Judge Eric J. Markovich, recommending that the Court remand this matter for further administrative proceedings. (Doc. 26.) In the Report, Magistrate Judge Markovich identifies several areas in which further evaluation is required to assess whether Plaintiff is disabled. Neither party has filed an objection to the Report and Recommendation, and the time to file objections has expired. Thus, this Court's review is limited. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

For the foregoing reasons, the Court will adopt Magistrate Judge Markovich's recommendation and remand for further action by the Administrative Law Judge, as

//

//

//

//

described by Judge Markovich in the Report and Recommendation.

**IT IS ORDERED** that:

1. Magistrate Judge Markovich's Report and Recommendation (Doc. 26) is **ADOPTED.**

2. This matter is **REMANDED** for further administrative proceedings.

Dated this 10th day of February, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge