**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Reuter, | No. CV-20-00456-TUC-JGZ (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendants. | |

On February 11, 2022, the Court adopted Magistrate Judge Eric J. Markovich's Report and Recommendation, which recommended remanding this matter for further administrative proceedings before the Administrative Law Judge. (Doc. 27.)

In light of the foregoing, **IT IS HEREBY ORDERED** that the Clerk of Court shall close its file on this matter.

Dated this 7th day of March, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge